**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 04-cr-00153-LTB-04

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT J. SIGG,

        Defendant.

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

      On September 6, 2007, the defendant appeared in court pursuant to a Second Motion for Early Termination. The court heard from all parties regarding the Motion and granted the defendant's motion. Accordingly, it is

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this   20th   day of September, 2007.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock
                                  United States District Judge